AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
KEVIN DANIEL LOFTUS

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00031
Assigned to: Judge Meriweather, Robin. M
Assign Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KEVIN DANIEL LOFTUS,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(A) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    01/11/2021

*Issuing officer's signature*

City and state:    Washington, DC        Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KEVIN DANIEL LOFTUS

Known aliases:

Last known residence: Westgate Motel - ROOM 16  5799, 1439 North Fairmont Ave, Eau Claire, WI 54703

Prior addresses to which defendant/offender may still have ties: HOME ADDRESS: 253 1st Ave, Chippewa Falls, WI

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 07/24/1968

Social Security number: 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

Height: 5'5"   Weight: 150

Sex: MALE   Race: WHITE

Hair: BROWN   Eyes: BLUE

Scars, tattoos, other distinguishing marks: Right forearm - skull

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 370743HA1

Complete description of auto:

Investigative agency and address: Special Agent Jonathan Fugitt  - 202-590-6331
FEDERAL BUREAU OF INVESTIGATION

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: