# COURTROOM MINUTES
# CRIMINAL

DATE: 1/12/2021   DAY: Tuesday   START TIME: 2:57 p.m.   END TIME: 3:13 p.m.
JUDGE/MAG.: SLC   CLERK: arw   REPORTER: CS
PROBATION OFFICER: Plender/Pick   INTERPRETER:   SWORN: YES ☐ NO ☐
CASE NUMBER: 21-mj-5   CASE NAME: USA v. Kevin Daniel Loftus
PROCEEDING: Initial Appearance

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT: ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Rule 5 Initial Appearance held. Identity Hearing waived.

Defendant released on conditions.

Next court appearance to be by video at 1 pm EST (Noon CST) on Friday 1/15/2021 in the United States District Court - District of Columbia.

TOTAL COURT TIME: 0'16"